1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CLARE ROMANUS | CASE NO: 2:14−cv−09319−MMM−PLA |
|---|---|
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A. , et al. | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
Margaret M. Morrow
United States District Judge